**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Barbara Ann Schmidt Castro, : | |
| : | Civil Action No.: 1:10-cv-10902-NMG |
| Plaintiff, : | |
| v. : | |
| : | |
| Oxford Management Services, Inc.; and DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Barbara Ann Schmidt Castro ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 11, 2011

                                        Respectfully submitted,

                                        By: /s/ Sergei Lemberg

                                        Sergei Lemberg, Esq.
                                        BBO No.: 650671
                                        Lemberg & Associates L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (888) 953-6237
                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg

               Sergei Lemberg